| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Thompson, Myron H. | 2. Court or Organization<br><br>USD/MD/Alabama | 3. Date of Report<br><br>08/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>One Church Street, P.O. Box 235, Montgomery, AL 36101 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Yale Law & Policy Review Advisory Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University School of Law | 11/12/2013 to 11/13/2013 | Atlanta, GA | Educational activities exclusive of judicial education; privately funded by Emory Uni | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House site at Martin Dam, Elmore County, AL | | None | L | W | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. Valero Energy (common)(vlo) | A | Dividend | | | Sold | 04/26/13 | J | | |
| 4. Chevron Corp (common) (CVX) | A | Dividend | | | Sold | 10/18/13 | J | | |
| 5. Total S.A. France Spon ADR (common) (TOT) | A | Dividend | | | Sold | 05/15/13 | J | | |
| 6. Blackrock Build Amer Bond (BBN) | A | Dividend | | | Sold | 07/03/13 | J | | |
| 7. Corning Inc (GLW) | A | Dividend | | | Sold | 06/20/13 | J | | |
| 8. NET APP INC (NTAP) | | None | | | Sold | 05/15/13 | J | | |
| 9. PEPSICO INC. (PEP) | A | Dividend | J | T | | | | | |
| 10. NUVEEN BUILD AMER BOND (NBB) | A | Dividend | | | Sold | 07/03/13 | J | | |
| 11. QUALCOMM INC (QCUM) | A | Dividend | | | Sold | 10/15/13 | J | | |
| 12. Vanguard Index Funds Vanguard MID CAP ETF (VO) | A | Dividend | J | T | | | | | |
| 13. Vanguard Index Funds Vanguard Small Cap Grwth ETF Vipers (VBK) | A | Dividend | J | T | | | | | |
| 14. Vanguard Sector Index FD Vanguard Financials ETF (VPH) | A | Dividend | J | T | | | | | |
| 15. Seadrill Ltd US Line (SDRL) | A | Dividend | J | T | | | | | |
| 16. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |
| 17. Gilead Sciences Inc (GILD) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hollyfrontier Corp Com (HFC) | A | Dividend | | | Sold | 06/12/13 | J | | |
| 19. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 20. Phillip Morris Intl Inc. (PM) | A | Dividend | | | Sold | 11/18/13 | J | | |
| 21. PVH Corp Com (PVH) | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 22. Skyworks Solutions Inc (SWKS) | A | Dividend | | | Sold | 07/17/13 | J | | |
| 23. Pimco Fundamental Index Plus AR Strategy Fund A (PIXAX) | A | Dividend | J | T | | | | | |
| 24. Pimco Small Cap Stocks Plus AR Strategy Fund A (PCKAX) | A | Dividend | J | T | | | | | |
| 25. Jazz Pharmaceuticals Plc (JAZZ) | A | Dividend | J | T | Buy | 08/01/13 | J | | |
| 26. Apollo Global Mgmt LLC CL A (APO) | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 27. Dunkin Brands Group Inc (DNKN) | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 28. HCI Group Inc Com (HCI) | A | Dividend | J | T | Buy | 07/29/13 | J | | |
| 29. Las Vegas Sands Corp (LVS) | A | Dividend | J | T | Buy | 10/18/13 | J | | |
| 30. Polaris Industries Inc (MINN) (PII) | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 31. Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 32. United Health Group Inc (UNH) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 33. Wabtec Inc (WAB) | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 34. Vanguard Index Funds Small Cap ETF (VB) | A | Dividend | J | T | Buy | 10/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royal Bk Scotland Group PLC ADS PREF SHS (RBSPRF) | A | Dividend | J | T | Buy | 06/27/13 | J | | |
| 36. IRA #2 | | | | | | | | | |
| 37. Genworth Financial Inc CL A (GNW) | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 38. Ishares Trust Dow Jones U.S. Healthcare Sector Index FD (IYH) | A | Dividend | J | T | | | | | |
| 39. IRA # 3 | | | | | | | | | |
| 40. Whole Food Market Inc. (WFM) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 41. McDonalds Corp (common) (MCD) | A | Dividend | J | T | | | | | |
| 42. Chevron Corp (common) (CVX) | A | Dividend | | | Sold | 10/18/13 | J | | |
| 43. Total S.A. France Spon ADR (common) (TOT) | A | Dividend | | | Sold | 05/15/13 | J | | |
| 44. Blackrock Build Amer Bond (BBN) (mutual) | A | Dividend | | | Sold | 07/02/13 | J | | |
| 45. Corning Inc (GLW) (common) | A | Dividend | | | Sold | 06/20/13 | J | | |
| 46. NET APP INC (NTAP) (common) | | None | | | Sold | 05/15/13 | J | | |
| 47. PEPSICO Inc (PEP) | A | Dividend | J | T | | | | | |
| 48. Nuveen Build Amern Bond (NBB) | A | Dividend | | | Sold | 07/03/13 | J | | |
| 49. Qualcomm Inc (QCOM) (common) | A | Dividend | | | Sold | 10/15/13 | J | | |
| 50. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | U | | | | | |
| 51. Vauguard Index Small Cap Grwth ETF Vipers (VBK) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vauguard Sector Index FD Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 53. Wisdomtree Trust Japan Hedged Equity FD (DXJ) | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 54. Seadrill Ltd US Line (SDRL) | A | Dividend | J | T | | | | | |
| 55. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |
| 56. Hartford Fincl Services Group Inc (HIG) | A | Dividend | J | T | | | | | |
| 57. Hollyfrontier Corp Com (HFC) | A | Dividend | | | Sold | 06/12/13 | J | | |
| 58. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 59. Phillip Morris Intl Inc (PM) | A | Dividend | | | Sold | 11/18/13 | J | | |
| 60. PVH Corp Com (PVH) | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 61. Rydex Biotechnology Fund Class A (RYBOX) | A | Dividend | J | T | | | | | |
| 62. Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | | | | | |
| 63. Pimco Small Cap Stocks Plus AR Strategy Fund A (PCKAX) | A | Dividend | J | T | Buy | 04/29/13 | J | | |
| 64. Royal BK Scotland Group PLC 7.65% Preferred Spon ADR (RBSPRF) | A | Dividend | J | T | | | | | |
| 65. Jazz Pharmaceuticals Plc (JAZZ) | A | Dividend | J | T | Buy | 08/01/13 | J | | |
| 66. Apollo Global Mgmt LLC CL A (APO) | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 67. Las Vegas Sands Corp (LVS) | A | Dividend | J | T | Buy | 10/18/13 | J | | |
| 68. Nike Inc CL B (NKE) | A | Dividend | J | T | Buy | 06/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Polaris Industries Inc (MINN) (PIT) | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 70. Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 71. United Health Group Inc (UNH) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 72. IRA #4 | | | | | | | | | |
| 73. Gabelli Divid & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 74. ESA #1 | | | | | | | | | |
| 75. Blackrock Global Allocation Fund (MDLOX) | A | Dividend | J | T | | | | | |
| 76. Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | | | | | |
| 77. ESA #2 | | | | | | | | | |
| 78. Blackrock Global Allocation Fund (MDLOX) | A | Dividend | J | T | | | | | |
| 79. Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | | | | | |
| 80. (HB) Ford Motor Co Com New (F) | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 81. Brokerage Acct #1 | | | | | | | | | |
| 82. McDonalds Corp (common) (MCD) | A | Dividend | J | T | Buy (add'l) | 11/25/13 | J | | |
| 83. Chevron Corp (common) (CVX) | A | Dividend | | | Sold | 10/18/13 | J | | |
| 84. Total S.A. France Spon ADR (common) (TOT) | A | Dividend | | | Sold | 06/05/13 | J | | |
| 85. Blackrock Build Amer Bond (BBN) (mutual) | A | Dividend | | | Sold | 07/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Corning Inc (GLW) | A | Dividend | | | Sold | 06/20/13 | J | | |
| 87. Ishares Inc MSCI South Korea Index FD (EWY) | | None | J | T | | | | | |
| 88. Netapp Inc (NTAP) (common) | | None | | | Sold | 10/01/13 | J | | |
| 89. PEPSICO Inc (PEP) | A | Dividend | J | T | | | | | |
| 90. Qualcomm Inc (QCOM) (common) | | None | | | Sold | 10/15/13 | J | | |
| 91. Vanguard Index Funds Vanguard Mid Cap ETF Viper (VO) | A | Dividend | J | T | | | | | |
| 92. Vanguard Index Funds Small Cap Grwth ETF Vipers (VBK) | A | Dividend | J | T | | | | | |
| 93. Vanguard Sector Index FD (VFH) | A | Dividend | J | T | | | | | |
| 94. Seadrill Led US Line (SDRL) | A | Dividend | J | T | | | | | |
| 95. Altria Group Inc. (NO) | A | Dividend | J | T | | | | | |
| 96. Gilead Sciences Inc (GILD) | A | Dividend | J | T | | | | | |
| 97. Hollyfrontier Corp Com (HFC) | A | Dividend | | | Sold | 06/12/13 | J | | |
| 98. Hartford Fincl Services Group Inc. (HG) | A | Dividend | J | T | | | | | |
| 99. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 100. Phillip Morris Intl Inc (PM) | A | Dividend | | | Sold | 11/18/13 | J | | |
| 101. PVH Corp Com (PVH) | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 102. Skyworks Solution Inc (SWKS) | A | Distribution | | | Sold | 07/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 104. Pinco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | | | | | |
| 105. Pimco Small Cap Stocks Plus AR Strategy Fund A (PCKAX) | A | Dividend | J | T | | | | | |
| 106. Rydex Biotechnology Fund Class A (RYBOX) | A | Dividend | J | T | | | | | |
| 107. Royal BK Scotland Group PLC 7.65% Preferred SPON ADR (RBSPRF) | A | Dividend | J | T | | | | | |
| 108. Grupo Televisia SA DE EV Glober Dep Rep Ord Mexico ADR (TV) | A | Dividend | J | T | Buy | 11/25/13 | J | | |
| 109. Vodafone Group Plc Spon ADR (VOD) | A | Dividend | J | T | Buy | 05/20/13 | J | | |
| 110. Allegion Plc (ALLE) | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 111. Ingersoll-Rand Plc (IR) | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 112. Jazz Pharmaceuticals Plc (JAZZ) | A | Dividend | J | T | Buy | 08/01/13 | J | | |
| 113. Dunkin Brands Group Inc (DNKN) | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 114. HCI Group Inc COM (HCI) | A | Dividend | J | T | Buy | 07/29/13 | J | | |
| 115. Las Vegas Sands Corp (LVS) | A | Dividend | J | T | Buy | 10/18/13 | J | | |
| 116. United Health Group Inc (UNH) | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 117. Verizon Comminications Inc (VZ) | A | Dividend | J | T | Buy | 10/18/13 | J | | |
| 118. Visa Inc CLA (V) | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 119. Wabtec Inc (WAB) | A | Dividend | J | T | Buy | 05/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Nike Inc CL B (NKE) | A | Dividend | J | T | Buy | 06/27/13 | J | | |
| 121. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 122.  LKQ Corp New (LKQ) | | None | J | T | Buy | 11/25/13 | J | | |
| 123.  Whole Foods Market Inc (WFM) | A | Dividend | J | T | Buy | 06/27/13 | J | | |
| 124.  Wisdomtree Trust Japan Hedged Eq FD (DXJ) | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 125. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 126.  Brokerage Account #2 | | | | | | | | | |
| 127.  Ishares MSCI Singapore ETF (EWS) | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 128.  Brokerage Account #3 | | | | | | | | | |
| 129.  China Yuchai Intl Limited (common) | A | Dividend | | | Sold | 05/17/13 | J | | |
| 130.  Gabelli Divid & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 131.  Corning Inc (GLW) | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 132.  Regions Bank Acct #1 | A | Interest | J | T | | | | | |
| 133.  Regions Bank Acct #2 | A | Interest | J | T | | | | | |
| 134.  Regions Bank Acct #3 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The reporting period used on the original report was 1/1/13 to 6/15/14 rather than 1/1/13 to 12/31/13. Use of an incorrect reporting period resulted in several errors on the orginal report filed. The following errors listed below were corrected on the amended report.

Part VII - The following investments sold in 2014 were incorrectly reported as sold in 2013:

-Altria Group, Inc. - Line 17 on original report and line 16 on amended report

-PVH Corp Com - Line 22 on original report and line 21 on amended report

- Genworth Financial Inc. Cl A - Line 12 on original report and line 37 on amended report

-McDonalds Corp - Line 41 on original report and  amended report

-Wisdomtree Trust Japan Hedged Equity Fund - line 54 on original report and Line 53 on amended report

-Altria Group, Inc. - Line 56 on original report and line 55 on amended report

-PVH Corp Com - Line 61 on original report and line 60 on amended report

-Pimco Small Caps Stock AR Statgey Fund A - Line 64 on original report and line 63 on amended report

-McDonalds Corp - Line 88 on original report and line 82 amended report

-Ishares Inc MSCI South Korea Index Fd - Line 93 on original report and line 87 amended report

-PVH Corp Com - Line 107 on original report and Line 101 on amended report

- Gabelli Divd & Income Trust - Line 130 on original report and amended report


Part VII - The following investments bought in 2014 were incorrectly inlcuded on 2013 report:

-Auxilium Pharmaceuticals Inc. - Line 27 on original report

-HD Supply Hldgs, Inc. - Line 32 on original report

- Air Lease Corp - Line 67 on original report

-Gilead Sciences Inc - Line 69 on original report

-HD Supply Hldgs, Inc. - Line 70 on original report

-Wabtec, Inc. - Line 76 on original report

-Wynn Resorts - Line 77 on original report

- Salient Midstream & MLP Fund - Line 78 on original report

-Pimco Eqs Long/Short Fund Cl A - Line 79 on original report

- Air Lease Corp - Line 119 on original report

-Pimco Eqs Long/Short Fund Cl A - Line 127 on original report

- Ford Motor Co Com New - Line 131 on original report

- Ishare MSCI Germany - Line 132 on original report


Part VII - The following investments bought in 2013 were incorrectly excluded from the 2013 report:

-Whole Foods Market, Inc. - Line 40 on amended report

- Nike, Inc. Cl B - Line 120 on amended report

-LKQ Corp New - Line 122 on amended report

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H. | 08/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

-Whole Foods Market, Inc. - Line 123 on amended report

-Wisdomtree Trust Japan Hedged Eq Fd. - Line 124 on amended report

-Ishares MSCI Singapore ETF - Line 127 on amended report

-Corning Inc. - Line 131 on amended report

Part VII - The description of the headers on lines 2, 40, 80, 83, 87, 128 & 133 on the original report were changed to report each account separately. The revised headers are included on lines 2, 36, 39, 72, 74, 77, 81, 126, 128, 132, 133, and 134 on the amended report.

Part VII - The assets on lines 2, 40, 80, 83, 87, 128 reported income and a value in columns B and C of the original report. However these were headers only and nothing should have been reported in columns B & C.

Part VII- The asset listed on line 133 of the original report was a combination of three separate accounts held at Regions Bank. On the amended report these accounts were reported separtely on lines 132, 133 & 134

Part VII - The investments listed on line 12 and line 26 of the orginal report were combined with investments held in a seperate IRA account ("IRA #1). On the amended report these investments were reported separately on lines 37 and 38 inder the header "IRA #2".

Part VII - The investment listed on line 50 of the orginal report was combined with investments held in a seperate IRA account ("IRA #3). On the amended report this investment was reported separately on line 73 under the header "IRA #4".

# FINANCIAL DISCLOSURE REPORT

Page 14 of 14

Name of Person Reporting

Thompson, Myron H.

Date of Report

08/10/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Myron H. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544